# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Vincent Best,

        Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                        3:08cv298

USA,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/1/2008 Order.

                                  Signed: July 1, 2008

                                  Frank G. Johns, Clerk
                                  United States District Court